NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

### IN RE: STEVEN YU, SOUNIL YU,
*Appellants*

---

2018-2000

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/318,690.

---

### JUDGMENT

---

STEVEN YU, Fairfax, VA, argued for appellants.

MEREDITH HOPE SCHOENFELD, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, BRIAN RACILLA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 8, 2019                    /s/ Peter R. Marksteiner
Date                             Peter R. Marksteiner
                                 Clerk of Court